**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

APR 25 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

QIN LI,

Plaintiff-Appellant,

v.

CITY AND COUNTY OF HONOLULU,

Defendant-Appellee.

No. 18-15176

D.C. No. 1:14-cv-00573-LEK-RLP

MEMORANDUM*

Appeal from the United States District Court
for the District of Hawaii
Leslie E. Kobayashi, District Judge, Presiding

Submitted April 17, 2019**

Before:     McKEOWN, BYBEE, and OWENS, Circuit Judges.

Qin Li appeals pro se from the jury verdict in her employment

discrimination action.  We have jurisdiction under 28 U.S.C. § 1291.  We affirm.

Li waived her challenge to the sufficiency of the evidence supporting the

jury's verdict by failing to move for judgment as a matter of law or a new trial

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

before the district court.  *See Nitco Holding Corp. v. Boujikian*, 491 F.3d 1086, 1089 (9th Cir. 2007) (holding that to preserve a sufficiency-of-the-evidence challenge, a party must file both a pre-verdict motion under Federal Rule of Civil Procedure 50(a) and a post-verdict motion for judgment as a matter of law or new trial under Rule 50(b)).

We do not consider matters not specifically and distinctly raised and argued in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

18-15176